# United States Bankruptcy Court
## District of Colorado

In re
**Nathaniel Alexander Malcolm**
**Morgan Marie Leland**

Debtor(s)

Case No. _____

Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Nathaniel Alexander Malcolm** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Morgan Marie Leland** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **January 27, 2015** 

Signature **/s/ Nathaniel Alexander Malcolm**
**Nathaniel Alexander Malcolm**
Debtor

Date **January 27, 2015** 

Signature **/s/ Morgan Marie Leland**
**Morgan Marie Leland**
Joint Debtor