UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In re: ) Bankruptcy No. 15-10853-HRT
)
)
)
)
_____Leland_____ Debtor(s). )
) Adversary No. 15-01373-HRT
)
)
)
)
Movant(s)/Plaintiff(s), )
vs. )
)
)
)
Respondent(s)/Defendant(s). )

## Notice of Change of Address/Entry of Appearance

Please check one box below that applies to you:

☒ Debtor(s)   ☐ Attorney for Debtor(s)

☐ Creditor(s)   ☐ Attorney for Creditor(s)

☐ Entry of Appearance by Attorney

_____Morgan Leland_____
(Enter Your Name and, if applicable, the Name of the Creditor or Business You Represent)

(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

_____9065 E. Phillips Drive_____
(New Street, Rural Route, or Post Office Box)

_____Centennial, CO 80112_____
(New City, State, and Zip Code)

_____
(New Telephone Number)

Dated: 10/9/15

_____
(Signature)   31755   Ilene Dell'Acqua for the debtor

_____
(Signature of Spouse, if applicable)

(Attorneys are required to be duly qualified and admitted to practice before this Court.)